```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 15233
   MYISHA T BOLDEN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8897

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/16/2004 and was confirmed 07/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was paid in full 10/05/2007.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
 BANK OF AMERICA NA     CURRENT MORTG            .00           .00           .00
 BANK OF AMERICA NA     MORTGAGE ARRE        2794.31           .00       2794.31
 B-LINE LLC             SECURED              6250.00       1103.40       6250.00
 B-LINE LLC             UNSECURED            5447.87           .00        708.22
 ASSET ACCEPTANCE CORP  UNSECURED             689.39           .00         89.62
 CAVALRY INVESTMENTS    UNSECURED            1254.42           .00        163.07
 CAPITAL ONE BANK       UNSECURED             877.49           .00        114.07
 CCA                    UNSECURED          NOT FILED           .00           .00
 CCB CREDIT SERVICE INC UNSECURED          NOT FILED           .00           .00
 CREDIT PROTECTION ASSOC UNSECURED         NOT FILED           .00           .00
 FIRST USA NA           UNSECURED          NOT FILED           .00           .00
 PORTFOLIO RECOVERY ASSOC UNSECURED           2931.43          .00        381.09
 PORTFOLIO RECOVERY ASSOC UNSECURED           1138.51          .00        148.01
 RMI/MCSI               UNSECURED             430.00           .00         55.90
 RMI/MCSI               UNSECURED          NOT FILED           .00           .00
 S & P CAPITAL INVESTMENT UNSECURED        NOT FILED           .00           .00
 RESURGENT CAPITAL SERVIC UNSECURED           5057.31          .00        657.45
 B-FIRST LLC            UNSECURED            4418.04           .00        574.35
 BANK OF AMERICA NA     COST OF COLLE         68.52            .00         68.52
 BANK OF AMERICA NA     COST OF COLLE         49.98            .00         49.98
 BANK OF AMERICA NA     COST OF COLLE        125.00            .00        125.00
 GLENWOOD MANOR #2 CONDOM COST OF COLLE         .00            .00           .00
 LEGAL REMEDIES CHARTERED DEBTOR ATTY       275.00                        275.00
 TOM VAUGHN             TRUSTEE                                           789.92
 DEBTOR REFUND          REFUND                                              1.09

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                14,349.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 15233 MYISHA T BOLDEN
```

```
PRIORITY                                                            .00
SECURED                                                        9,287.81
    INTEREST                                                   1,103.40
UNSECURED                                                      2,891.78
ADMINISTRATIVE                                                   275.00
TRUSTEE COMPENSATION                                             789.92
DEBTOR REFUND                                                      1.09
                                        ---------------  ---------------
TOTALS                                        14,349.00        14,349.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/27/08                   /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE